JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EASTGATE PHARMACY, INC., a California corporation; STEVEN MING NGUYEN, an individual; BRUCE LE NGUYEN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | No. 8:20-cv-01867-JAK-MAA<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE (DKT. 21)** |

Based on a review of the Joint Stipulation for Dismissal of the Entire Civil Action with Prejudice (the "Stipulation" (Dkt. 21)), sufficient good cause has been shown. Thus, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned civil action is hereby dismissed in its entirety, with prejudice, as to all Defendants, with each party bearing its or his own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: February 10, 2021

_____

John A. Kronstadt
United States District Judge